IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 05 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:23CR00078 LPR |
| v. | ) | |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| DEAN EUGENE VINSON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about May 24, 2023, in the Eastern District of Arkansas, the defendant,

DEAN EUGENE VINSON,

in connection with the acquisition of a firearm, to wit, a Radical Firearms RF-15 pistol, multi-caliber, bearing serial number 23-035075, from a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, that is, Food Giant, knowingly made a false and fictitious written statement to the licensed dealer of firearms on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive the licensed dealer of firearms, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm indicated on Form 4473, when in fact as the defendant then knew, he was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

☐   NO TRUE BILL.          ☑   TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY



By: ERIN O'LEARY
AR Bar Number 2011069
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Erin.O'Leary@usdoj.gov

U.S. v. Dean Eugene Vinson Page 2 of 2